■ In the Matter of GEORGE WILSON, Petitioner, v ROBERT DENNISON, as Chair of the New York State Board of Parole, Respondent. [802 NYS2d 391]—Appeal from a judgment of the Supreme Court (Cannizzaro, J.), entered December 27, 2004 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Since the July 29, 2003 determination giving rise to this CPLR article 78 proceeding, petitioner has reappeared before the Board of Parole and his request for parole release has again been denied. Given petitioner's subsequent reappearance before the Board in July 2005, the instant matter must be dismissed as moot (see Matter of Baez v Travis, 10 AD3d 778 [2004], lv denied 4 NY3d 702 [2004]). Furthermore, we are unpersuaded by petitioner's assertion that this matter presents an exception to the mootness doctrine (see Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714-715 [1980]).

Spain, J.P., Carpinello, Rose, Lahtinen and Kane, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.